"UNITED STATES DISTRICT COURT"
"DISTRICT OF CONNECTICUT"

PAGE # 1. OF. 18

(PLAINTIFF)

JUNIOR JUMPP

V.

(DEFENDANT'S)

: CASE NO. 3:15cv1555 (VLB)

"1983 PRISONER CIVIL RIGHTS COMPLAINT"
"IN INDIVIDUAL - PERSONAL CAPACITY CLAIMS"

1. BONNIE HAKINS
2. PAULO SANTILLI
3. LANCE MORRIS
4. ? BRONSON
5. ? APONTE
6. ? HAILSTONE
7. ? PAVIA
8. ? KACPRZYSKI
9. ? PUNTER
10. ? PATEL
11. DAVE PAPP
12. FRANCISCO DELA-CRUZ
13. APRIL RALPH
14. BIANCA STEDMAN
15. SANDY TREVINO
16. CHARLETTA ANDREWS
17. SCOTT SEMPLE
18. HENRY FALCONE
19. ? COEHLO
20. ? SHERRICK
21. ? URSLA
22. ? QUIN'ONES
23. ? MENDEZ
24. ? McGOLDRICK
25. KATHY BENNER
26. ? SMALL
27. ? ALRICK
28. ? SONIDO

"This is a § 1983 Federal level prose Prisoner Civil Rights Complaint filed in individual-personal Capacity against the above named defendant's by the prose Plaintiff, The plaintiff asserts his following protected rights were clearly violated by these above named defendants.

→ This Complaint Consist with demonstration of irreparable harm, and imminent danger of serious physical injury Causing by these Correctional Employees has the merit in this complaint has already been established.

# DEFENDANT(S)

DEFENDANT(S)
PAGE # 3 OF 18

| # | (NAME) | (RANK/TITLE) | (WORKPLACE) |
|---|---|---|---|
| #1. | L. MORRIS | CAPTAIN | GARNER C.I |
| #2. | HAKINS | COUNSELOR | GARNER C.I |
| #3. | SANTILLI | C.T.O | GARNER C.I |
| #4. | BRONSON | CORRECTIONAL OFFICER | GARNER C.I |
| #5. | SMALLS | C/O | GARNER C.I |
| #6. | APONTE | C/O | GARNER C.I |
| #7. | HAILSTONES | C/O | GARNER C.I |
| #8. | PAVIA | C/O | GARNER C.I |
| #9. | KACPRZYSKI | C/O | GARNER C.I |
| #10. | PUNTER | C/O | GARNER C.I |
| #11. | DAVE | R.N - I.P.M | GARNER C.I |
| #12. | FRANCISCO DELA-CRUZ | R.N | GARNER C.I |
| #13. | PATEL | M.H.U DR. | GARNER C.I |
| #14. | APRIL RALPH | R.N | GARNER C.I |
| #15. | BIANCA STEDMAN | R.N | GARNER C.I |
| #16. | SANDY TREVINO | R.N | GARNER C.I |
| #17. | ANDREWS | R.N | GARNER C.I |
| #18. | SCOTT SEMPLE | COMF. | D.O.C Centralized office |
| #19. | HENRY FALCONE | WARDEN | GARNER C.I |
| #20. | ? COEHLO | C/O | GARNER C.I |
| #21. | SHERRICK | C/O | GARNER C.I |
| #22. | URSLA | R.N | GARNER C.I |
| #23. | QUIN'ONES | C/O | GARNER C.I |
| #24. | MENDEZ | C/O | GARNER C.I |
| #25. | MCGOLDRICK | C/O | GARNER C.I |
| #26. | KATHY BENNER | C.S.W | GARNER C.I |
| #27. | ? ALRICH | LIBRARIAN | GARNER C.I |
| #28. | ? SONIDO | C/O | GARNER C.I |

"CLAIMS OF COMPLAINT"

I Jumpp Junior, who is the prose plaintiff, Executed and held at the Garner C.I Located at, 50. NUNNUWAUK. Road in, Newtown, C.T. 06470, as a sentence inmate serving a sentence of two years for an offense of violation of probation.

1. On June 19. 2015 I was inside of my cell of Echo 124, I had a Brief discussion with defendant's Counseler Hakins and C.T.O santilli. That I needed to use the type writter and to make Legal Copies as They both awere that I have pending litigation cases and i am well in the Need for these to be done as I have due deadline dates and my Right to access to the Court, as they Both has Been denying me such maliciously since my admission here at Garner Correctional institution from the Northern. C.I and along with c/o Branson and these defendant's Hakins and Santilli works together on also Denying my Right's to Religious services of my islam practice as a team to Retaliate against islam and my Right's several time purposely.

2. As these defendant's told me I was not entitled to these items and they would not provides such, inwhich things had started to began to get heated up as I was upset and told them to Leave me alone, as I Knew they was doing such purposely and maliciously this was about 11:00 AM on June. 19. 2015 in the Echo unit cell # 124.

3. At this point Capt. morris who was sitten down in the Echo unit officers bubble stationary area at the time

he walked over to my cell door of #124 and stated to me "Loudly" what the (F) is your problem like why are you giving my staff's an hard time because I'll put your AZZ in R.H.U.

4. I kindly explained the situation appropriately to him that they have been denying me to make copies, Type writter, and access to my Religious services by not allowing me to go purposely and whenever I ask to use the type writter they will tell me "oh you cant get it all and that I must choose either the copies, services islam, Recreation, Type writter, That I can only choose one and which one is important? in which they will only do such to interfere with my court access & services. Then will not give me any one of these access, by denying me all These maliciously, as on 6/5/15, June 8.2015 and 6/9/15 C/o Branson, Hakins, and Santilli told me you are not going to any islam services and if I dont like it I should write it up as They did not care about such misconduct.

5. At this point I told capt. morris that when I was at N.C.I I was getting some what of these done not a lot but some, and capt. morris Right away stated "Then go back to Northern. So I said to him okay I want to go back to Northern and I walked away from the door.

6. At this point I can clearly hear capt. morris telling everyone to look up all the inmates workers, I then went back to my door and watched him got on the phone and was talking, of him saying "I dont want this Niggrow on my unit so am

PAGE # 6. OF. 28

gonna bring him to Fox" in which he's reffering to segreation unit.

7. About Two minutes Later c/o smalls and c/o APONTE and c/o O'Dannell female officer who was Just holden the Hand held camera, along with Capt. morris directions. I Believe there was others present at the time, they told me to come to the trap and cuff up I was going to R.H.U, I did as they asked me and followed all orders and directions given as I was Told by these officers without incident.

8. When arrived in R.H.U segreation Fox unit, I concently told them I was suicided as I had felt at the time due to these malicious misconduct and Retaliation and other violation by them.

9. C.S.W BENNER, who saw me at the Fox entry door and inside of the cell that I felt suicided, she then told me "Oh I am not going to put you in the informary" and told the officers and Capt. morris to put me in a Regular R.H.U cell as she knowledgely Retaliate against me purposely and purposely Disregarding my thoughts of harming myself.

10. At This point c/o smalls and c/o APONTE conducted an Hands on Full Strip Search, when they both Bended me over on the Bed on my knee's in A sexual position and then faced my chess and face on the Bed whild Removing the hand cuff and holden me down Taken off all my clothes "Naked" Duing this Search I told Capt. morris that I wanted to seek "PREA" as I felt the strip was

inappropriate and as one of the stripping officers sexually Touched me in an inappropriate manner, and due to the in proper Hands on Strip search that I was violated by such.

11. Capt. morris purposely disregards my claim and after the Strip search as I also told ms. BENNER about my "PREA" Claim and I wanted to be seen as PREA PROTOCOL as This misconduct it's all on the hand held camera and both of these defendant's purposely disregard my claim of PREA.

12. After the Search they brought me down to cell # 124 R.H.U, I Believe it was, inwhich is an incell placement Restrain cell, They are being Seen Holden me at the cell door whild Kicking orange peals and other food/ Garbage items Out of the cell that looked like the cell as not been clean for weeks, I Right away told them on camera you Guys cannot put me in A Filty cell, and as the cell was still Dirty From the inmate They had in there Right before me and filty and was not clean, inwhich they all disregard such and put me in that cell on incell "Fully Chained up on Restrains status" as this is not proper protocol to bring an inmate to R.H.U and placed them on incell Full Restrain status without serious disruptive Behavior for an alleged "threats ticket" and I was not acting out inaccording to there D.O.C policy Administrative directive sec. 6.5 Use of Force; I did not Cause or Shown any of the appropriate Reasons to place an inmate on This status as They closed the door and left me in that filty cell "smelly" Whild being Chained up.

13. Shortly after I told c/o PAVia and c/o KACPRZYSKI who was working on the Fox R.H.U unit at the time of this placement that the cell floor smell like Urin and had shit on the floor in the corners, and that they were maliciously violating policy as All inmate are entitled to a clean and safe and Healthy enviroment and that This was Just wrong and by them purposely and Knowledgely using un-necessary use of force by chaining me up.

14. These Block officers disregard such and Both said to me " Thats your problem take it up with the warden or the Captain morris who Bring you down here, I also told them Both that I want to talk to A L.T. and wish to get such Resolved and they both Refused me such purposely in seek of me trying to Resolve/Address these issues.

15. AT this point I was upset due to their actions and Refusal and the insist to keep me in that cell where in I covered the cell window and insist on them calling the LT. down to the unit. Then Shortly after again Capt. morris came down and got back the Camera's as I was not being aggressive or assaultive toward staff's and as I was well calm, they told me to cuff up and come to the trap I did as they asked and cuffed up without any incident Then they took me out the cell and said they was being me to the informary I.P.M unit.

16. Upon arrival in the I.P.M #1 unit, c/o Hailstones and several other officers the Escort officers and Captain Morris bring me into cell # 513 and they all strapped me down the Bed on Fully Restrained to the Bed.

17. At this point Nurse Dave checked my Restrain placement and I told him that they was too tight as they were squeezing my Leg and Risk and he purposely disregard my Complaint and Said to the Camera and Capt. Morris that they were fine, smiling about such intentionally.

18. After this they all exit the cell and No one came back to check my Restrains or status for about one to two hours, I believe as per policy when ever an inmate are fully Restrained on Full point Restrains the Nurse are supposeto check up and do the checking of the Restrains, Vuidles, and other check up every (15) mins per D.O.C and Uconn policy of such inmate Full pointed Restrain. They Just left me their tight down to the Bed, and violated policy.

19. Later that day Dr. Patel who is the mental Health doctor who came and I heard him talking to staff's and about use of Needles medications. I then told said doctor personally I am not acting out so if he forces or use Nor medicated me that such will be deem as un-necessary use of force, and he stated to me I am going to do what I want to do here thats why I am the one got the

Doctor position and the authority here, you are in my house I make the decisions around here, I Then told him that I did nothing to be full Restrained now you want to force medications on me without my Consent, I then told him that such use of Any medication will be well excessive use of force by him purposely forcing such on me and by him as a doctor abusing of authority.

20. About Twenty minutes later Capt. morris and other officers with c/o Quiñones who was working the I.P.M #1 unit entered the cell with Nurse F. Dela-Cruz and as they held me down whild I was tighted up whild Nurse Dela-Cruz inJected me with medications with what I Believe was about six Needles. Then exit the cell and Just Lelf me there for another hour OR TWO without NO Check up, I Then Remember they Came Back and took me off then as such had me fell asleep due to such.

21. ON 2nd shift that day June 19.2015 I was Denied my Ramadon food tray as I was on such islam fasting and was susposeto get my dinner tray after sun down at 8:31pm that night they fails to feed me as I was not feed by staff's in which I did not eat any thing all that day Because they did not feed me.

22. on June 20. 2015 3rd shift hours I asked c/o mendez to call medical as I was not feeling well and had possible

chess pain issues, In which he purposely denied me medical attention and by telling me he was not gonna call.

23. Later on 3rd shift Nurse Stedman came around passing out medications I stopped her and told her I was having pain issues in the chess area and she Right away told me I cant help you with that because officer mendez told her I was being an "AZZ" so she would "NOT" go against her staff Employee by assisting me on such.

24. on June.20.2015 first shift I told c/o punter, mendez and c/o Quiniones again that I Need medical attention and they all told me they will not call medical and that I was all set and that this was already addressed on 3rd shift by Nurse stedman as they all purposely denied me my Right to medical services when seriously needed.

25. Shortly after Nurse Ralph came around and I stopped her and told her all this and my issues and what the 3rd shift Nurse stedman said and she told me c/o punter and mendez said you was all set because you disrespectful to staff's yesterday so you gets nothing and I will not go against my officers employee's as she also knowingly purposely disregard my medical conditions and left me in pain maliciously.

26. On that same 2nd shift night I spoke to Nurse trevino who also denied me medical attention when needed by telling me she would not provided Nor see me as I was

PAGE #
12. OF. 18

PAGE #
12. OF. 18

very disrespectful to staff's and as I was in Concently pain as These defendants abused there authority maliciously.

27. On June 22. 2015 I was seen by Mental Health doctor Phd. G. Guerrero and was Released and sent back to R.H.U. Fox unit cell #215 at around 2:19pm Escort by officers.

28. On That Same night of June 22. 2015 2nd Shift c/o punter worked the unit and I told him and c/o McGoldrick that I needed to see the Nurse due to my ongoing medical issues and in pain Concently and they both told me personally you get's nothing and if I continues that they would open up my cell and (F) me up Real Quick so stop asking.

29. Later that night at around 7:30pm Nurse andrews came around passing out Nightly medication to inmates and I stopped her and informed her of All my issues and the Necessary needs of medical needs / Attention and Right away c/o Punter told her not to give me any thing and she told me I am not gonna give you anything and that I should Stop bothering her with an Nasty attitude.

30. Around 8:20pm that night of June 22. 2015 in the Fox unit I watched These officers and other officers open up and enter an inmate cell and Assaulted him Badly for No Reason then Due to that code L.T. Hurdle came down and I asked him to call the Nurse and watched him tell Ms. Andrews to see me (Twice) and he told me He told her and he

could not force her to see me or come but could only Log such as she continues to Denying me medical attention.

31. Due to my Religious practice they also fails to bring me my Ramadon tray at 8:31pm c/o punter and McGoldrick by intentionaly Holden such until such gets cold as such should have been an Hot meal and should have been passed out once such gets dropped off at 8:20pm Thru 8:30pm. instead they purposely waited until after nine pm about an Hour Later to give me my Ramadon Tray in seek of given it to me cold, intentionally in Retaliation misconduct.

32. Please note that I was denied thru out this incident, access to A Shower, Recreation and the use of A Toothbrush for A total of (5) days From the Time Frame of June 18. 2015 to June 23. 2015.

34. I was Held in segreation for six days Before these false allegations reports was all Dismissed of the Disposition of all these ticket's as was alleged. and I went to Court on June 25. 2015 and I told Nurse Ms. Ursla in the A.P. Room that I was having Chess pain issues and she purposely Denied me medical attention also. nor conduct any form of checking of my status before leaving for Court This was at around 5:50Am 6/25/15 after my Return From Court I was send back to Echo unit after my return in Result of those Dismissal.

said Nurse Ms. Ursla claimed I was okay without doing any thing Just By looking at me and claimed she logged such in the A·P Room Log Book.

34. please note on June 24. 2015 at around 8AM thru 10:00AM hours I was taken into the Fox unit office by warden Falcone and other staff's Threatening me and told me I better watch it. Then I told him all these issues and as I had told him about all These with these staff's violations in the pass where he fails to do any thing to address or Resolved these issues and he acted inappropriately by Cussing at me and saying this is my House and I should deal with it.

35. please note that on June. 19. 2015 the date of the initial incident c/o Sherrick and c/o Coehlo was the Echo unit officers that was Responsible For the packing up of my personal property as I was susposeto sign a D.O.C CN 6/001 Inmate property matrix inventory form, when even an inmate goes to R.H.U and for as my knowledge none was conducted of being done as I believed they did such in Retaliation against me, (Loss).

36. On June. 27. 2015 in the Echo unit officers Retaliated by not given me my Ramadon Dinner tray again as I was susposeto get such at 8:30pm then my Brakefast bag at 3:00AM in the morning 6/28/15 as The Kitchen purposely doing such and to tampered with my Religious practice as They had done this A few time now Before and

I had wrote Comr. Semple the first time they did such and the officers and as he also fails to conduct any appropriate action to address these issues as the Commissioner for the D.O.C as he's well Responsible for inmates and staff's misconduct(s) and his officers inaccording with C.G.S sec. 18-81. c/o Loud that worked 3rd shift on that day 6/28/15 did Logged the food issue in the unit Log Book (Echo).

37. On June. 29. 2015 at around 1:53pm Capt. Morris came in the Echo unit whild I was having Recreation and him and C.T.O Santilli at the officers stationary bubble stated to me "Oh you will be going back to R.H.u prity soon watch you (F) in niggrow whild Santilli Laughing saying "you got yours coming watch" I continues to disregard These Threats and Racial Comments.

38. Defendant. ALRICH, who is the Librarian who intentionally assist c/o Bronson, Counselor Hakins, C.T.O Santilli, and Capt. L. Morris on Denying me access to the court has he's the one with the type writter and Legal materials to the court That I was purposely denied such and has Every time he knew about such as he works with Them to Denied me such access and had knowledge of this malicious act but instead he acted the same making him Deliberate indifference for such as well for Denying my Right to access to the court by failure to provide that causes Results of Dismissal in some of my cases.

Please note Capt. Morris & C.S.W Benner intentionally Denied my Right's to speak with "PREA" In regards to the Sexual complaint to interfere with any possible Evidence of such.

39. On June.30.2015 in the Echo unit 2nd shift C/o Sonido who was the Block officer who intentionally denied me my Ramadon tray at 8:30pm and Denied my Right to eat my meal and violate my Religious Right's. Then at 2:30AM on 7/1/15 officers fails to give me my Ramadon Brakefast as I am entitled to such as C/o Sandler Logged in the unit Book that I did not get such Due to the fact Capt. Morris. had moved my cell location From #126 To #127, Therefore I was not fedding for over (24)Hours.

40. On July 1st. 2015 2nd shift, C/o Sonido again Conduct the same exact malicious conduct By Denied me my dinner Tray at 8:30pm Due to this action he have been purposely sterving me intentionaly.

41. On July 2nd. 2015 at around 11am C.T.O Santilli Came around and I asked him when he's going to get me my Tan uniforms and T. shirt, socks, and Boxers since I only have one set since my Return from R.H.U on 6/25/15 and as this is some thing he suspose to do once an inmate get out of segreation its the C.T.O Job to get These items and property as he also maliciously Denied me my legal envelopes and other Entitled items, as he Continues to Retaliate against me maliciously and fails to stop.

Due to the fact as These defendant(s) Continues to act Recklessly and maliciously and purposely failing to act professionally and (properly) property in according to their official scope of Employment, by all mean.

"CLAIM AND LAWFUL DEMAND"
"FOR VIOLATIONS SUSTAINED HEREIN"

RE: Cruel an unusual punishment, Retaliated malicious conduct, discriminate misconduct, Harrassive malicious conduct, Denial of access to the Court, Emotional distress, defamation Recklessly Conduct, pain and Sufferation, monitary damages, punitive damages, Loss of Personal property, Excessive – UN-NECESSARY USE OF FORCE. And other violation(s) listed in this Complaint.

(CLAIMS OF Constitutional violation(s))

The, First, Fourth, Sixth, Eighth, and fourteeth Amendment(s) to the united states Constitution; The Constitution of the state of Connecticut, ARTICLE FIRST. sec. 1, 3, 4, 10, 11, 14, and 20. Along with the Amendments to the Constitution of the state of Connecticut, ARTICLE (V.) and ARTICLE (XXI). Both state and federal Constitutional Violation(s) ESTABLISHED.

(DEPARTMENT OF CORRECTION ADMINISTRATIVE REMEDY EXHAUSTED).

The plaintiff herein asserts and stated his established rights were clearly violated by these defendant(s) when these defendant(s) acted out of the scope of their duties when acted intentionally, Knowledgely, wantonly, Recklessly, indirectly, maliciously, and purposely. has the plaintiff have good faith that these defendant(s) also acted into premeditated and conspiratorially conduct, and furthermore stated that due to his Grievance Restriction in according with (D.O.C) Administrative directive sec. 9-6, all issues are deem exhausted has he's not allowed to and/or conduct or use such process therefore deem automatically Exhausted.

PAGE # 18. OF. 28

## "REQUEST FOR RELIEF"

1. I am hereby Requesting in money damages in the amount for a trial Jury or the Court to determined in the appropriate amount in money damages, or in the amount of $20,000.00 for Each defendant found liable, A Total of $500,000.00 for All Defendants. $560,000.00

2. The waiver of all incarcerated fees and/or any Restitutions. (AND waiver of all Inmate's disciplinary sanctions)

3. An immediate Transfer out of the incident facility of this sue.

(Q.) DO YOU WISH TO HAVE A JURY TRIAL? YES [X] OR NO [ ]

(DECLARATION UNDER PENALTY OF PERJURY).

By Signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be ~~_____~~ prosecuted for perjury, and punished with as much as Five (5) years in prison and/or a fine of $250,000. SEE 18 U.S.C. sections 1621, 3571.

SIGNATURE: _[signature]_, ON, July 15th 2015
SIGNED AT, GARNER C.I.,

Subscribed and sworn to before me:
ON THIS 15 DAY OF July 2015.

Subscribed and Sworn to before me, a Notary Public, In and for the County of Fairfield
and State of Connecticut this 15 day of July, 2015
B. Ligon
Notary Public
My Commission Expires 7/31/2019

X _____ (NOTARY PUBLIC)